UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Juan Pablo Marquez-Espinoza <br> Defendant. | Case No.: ED07-176-M <br><br> ORDER OF DETENTION |

On motion by the government for pre-trial detention, the Court finds that no condition or combination of conditions will reasonably assure the appearance of defendant as required ~~or the safety of any person or the community~~.

The Court has considered the nature and circumstances of the offense(s); the weight of evidence against the defendant; the history and characteristics of the defendant; and the nature and seriousness of the danger to any person or the community.

The Court bases the foregoing findings on the defendant's non-objection to pre-trial detention and the Pretrial Services Report/Recommendation. ~~(The defendant also has not rebutted the presumption provided by statute)~~.

IT IS THEREFORE ORDERED that defendant be detained without prejudice prior to trial/revocation hearing.

1  IT IS FURTHER ORDERED that defendant be committed to the custody of the
2  Attorney General for confinement in a corrections facility separate, to the extent
3  practicable, from persons awaiting or serving sentences or being held in custody
4  pending appeal; that defendant be afforded reasonable opportunity for private
5  consultation with counsel; and that, on order of a Court of the United States or on
6  request of any attorney for the government, the person in charge of the corrections
7  facility in which defendant is confined deliver defendant to a United States Marshal
8  for the purpose of any appearance in connection with a Court proceeding. This order
9  is made without prejudice to reconsideration.

10
11  Dated: 6/5/07
12                                          HONORABLE OSWALD PARADA
                                            United States Magistrate Judge